

PROB 12
(Rev 3-88)

FILED IN CLERK'S OFFICE
U S D C Atlanta

JUL 18 2007

JAMES N. HATTEN, CLERK
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Virgil W. Pollard                    Docket No. 1:06-CR-438-01-CAP

~~FILED UNDER SEAL~~

## PETITION FOR WARRANT AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Sandra S Glover PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Virgil W Pollard who was placed on supervision for the offense of Possession of an Unregistered Firearm (Destructive Device), 26 USC §§ 5861(d) and 5871, by the Honorable Reggie B. Walton sitting in the court at District of Columbia, on the 17th day of June, 2005, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows

The defendant shall submit to a DNA sample

The defendant shall participate in a mental health evaluation program and receive treatment if deemed necessary

The defendant shall take prescribed medications orally and if he does not comply, then the medication shall be injected

The defendant shall resolve any outstanding warrants

The defendant shall reside with his sister in Montgomery, Alabama

The defendant shall seek and maintain full time, steady employment The circumstances of the defendant's employment shall be at the discretion and direction of the Probation Office, but is subject to review by the Court

The Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the court These agencies shall return the presentence report to the probation office upon completion and termination of the treatment involved

The defendant shall participate in a vocational/educational skills training program under the direction of the Probation Office

*On August 30, 2006, The Honorable Charles A. Pannell, Jr., United States District Judge for the Northern District of Georgia, agreed to accept jurisdiction of this case.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS

1  **Violation of law:** On June 12, 2007, Pollard was arrested by Fulton County Sheriff's Deputies on a charge of Terroristic Threats  On June 27, 2007, Pollard pled guilty to the reduced charge of Disorderly Conduct

2  **Use of Controlled Substances:** Pollard tested positive for use of cocaine and marijuana in a urinalysis test conducted on July 6, 2007

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Virgil W Pollard and that Virgil W Pollard be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court

ORDER OF COURT

Considered and ordered this __12__ day of __July__, __2007__

and ordered filed UNDER SEAL and made a part of the records

in the above case

Honorable Charles A. Pannell, Jr
U S District Judge

I declare under penalty of perjury that the foregoing is true and correct

Respectfully,

Sandra S Glover
Sr U S Probation Officer

Place   Atlanta, Georgia

Date    July 11, 2007

Leigh A Knight
Supervising U S Probation Officer