UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

VIRGIL W. POLLARD,

Defendant.

CRIMINAL ACTION
NO. 1:06-CR-438-CAP

O R D E R

On this 10th day of August, 2007, came the attorney for the government and the defendant appeared in person and with counsel, Jake Waldrop.

A probation officer of this court having moved the court to modify the conditions of supervised release heretofore granted the defendant on June 17, 2005, for the period of three (3) years, and the defendant having admitted that he violated the terms and conditions of his supervised release, it is,

ORDERED BY THE COURT that the supervised release be continued, and IT IS ADJUDGED that the defendant, having been found guilty of said offense, the defendant's supervised release is modified as follows:

> The defendant shall abide by the rules and regulations of Georgia Rehabilitation Outreach, Inc. (GRO), including psychiatric/psychological treatment, vocational training, and supervised housing. The defendant is responsible for the payment of his room and board, and may be responsible for a portion of his medications. The defendant is directed to take his medications under the supervision of the GRO staff, including any injectable medications. Failure to cooperate with any of the rules of the GRO program will be considered a violation of supervised release and can be cause for revocation of supervised release. The U. S. Probation Office will oversee the

defendant's participation and compliance with this program.

IT IS FURTHER ORDERED that the following conditions of supervised release be imposed:

1. The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

2. The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

3. The defendant shall participate in a mental health treatment program under the guidance and supervision of the U.S. Probation Officer.

4. The defendant shall submit to a search of his person, property (real, personal, or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

IT IS FURTHER ORDERED that the judgment remain the same in every other respect.

SO ORDERED, this __10th__ day of August, 2007.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge