PROB 12
(Rev. 3/88)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF GEORGIA

APR 1 0 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

U. S. A. vs. Virgil W. Pollard

Docket No. 1:06-CR-438-01-CAP
~~FILED UNDER SEAL~~

### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Sandra S. Glover PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Virgil W. Pollard who was placed on supervision for the offense of Possession of an Unregistered Firearm (Destructive Device), 26 USC §§ 5861(d) and 5871, by the Honorable Reggie B. Walton sitting in the court at District of Columbia, on the 17th day of June, 2005, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall submit to a DNA sample.

The defendant shall participate in a mental health evaluation program and receive treatment if deemed necessary.

The defendant shall take prescribed medications orally and if he does not comply, then the medication shall be injected.

The defendant shall resolve any outstanding warrants.

The defendant shall reside with his sister in Montgomery, Alabama.

The defendant shall seek and maintain full time, steady employment. The circumstances of the defendant's employment shall be at the discretion and direction of the Probation Office, but is subject to review by the Court.

The Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the court. These agencies shall return the presentence report to the probation office upon completion and termination of the treatment involved.

The defendant shall participate in a vocational/educational skills training program under the direction of the Probation Office.

***On August 30, 2006, The Honorable Charles A. Pannell, Jr., United States District Judge for the Northern District of Georgia, agreed to accept jurisdiction of this case.***

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. **Violation of law:** On April 9, 2008, Pollard made false statements on a U. S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Firearms Transaction Record (Form 4473) in an attempt to purchase a firearm from a licensed firearms dealer in Fulton County, Georgia.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Virgil W. Pollard and that Virgil W. Pollard be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

ORDER OF COURT

Considered and ordered this __10__ day of

__April__, 20 08

and ordered filed UNDER SEAL and made a part of the records

in the above case,

_____
Honorable Charles A. Pannell, Jr.
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
Sandra S. Glover
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:   April 10, 2008

_____
Leigh A. Knight
Supervising U. S. Probation Officer

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.
Virgil Wilbur Pollard

Case Number: 1:06-CR-438-01-CAP

~~UNDER SEAL~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Virgil Wilbur Pollard and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ■ Supervised Release Violation Petition

charging him with:

False Statements to a Firearms Dealer in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_[signature]_
Honorable Charles A. Pannell, Jr.
U. S. District Court Judge

Date: April 10, 2008

Location: Atlanta

Bail fixed at $_____ By _____
Name of Judicial Officer

_[handwritten note: Pannell recommends no bond]_

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |